## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DENNIS L. BROOKS, | ) |
| Plaintiff, | ) Case No. CV 02-450-S-LMB |
| v. | ) **ORDER APPROVING STIPULATION** |
| | ) **AND DISMISSING CASE** |
| WILLIAM O. FOSTER, and BESSEMER TRUST COMPANY, as Trustee of the William O. Foster Credit Shelter Trust, | ) |
| Defendants. | ) |

The Court, upon reviewing the Stipulation for Dismissal ("Stipulation") (Docket No. 111), which Stipulation was entered into by Plaintiff Dennis L. Brooks and Defendant Bessemer Trust Company, and good cause appearing, and in the exercise of the Court's discretion:

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that (1) the Stipulation is approved; (2) the above-captioned action is dismissed with prejudice, and each party shall bear its own fees and costs; and (3) the trial set for March 19, 2007 is vacated.

DATED: **March 16, 2007**.

_____
Honorable Larry M. Boyle
Chief U. S. Magistrate Judge

ORDER APPROVING STIPULATION AND DISMISSING CASE - 1

ORDER APPROVING STIPULATION AND DISMISSING CASE - 2